IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAWN P.,

                    Plaintiff,

      v.

KILOLO KIJAKAZI, Acting Commissioner of
Social Security,

                    Defendant.

Case No. 3:21-cv-00005-SB

**ORDER OF DISMISSAL**

Dawn P. ("Plaintiff") filed this action against the Commissioner of the Social Security Administration on January 4, 2021. On April 8, 2022, Plaintiff filed an unopposed motion to dismiss this case with prejudice. The Court GRANTS Plaintiff's unopposed motion to dismiss (ECF No. 19), and dismisses this action with prejudice.

**IT IS SO ORDERED.**

DATED this 11th day of April, 2022.

HON. STACIE F. BECKERMAN
United States Magistrate Judge

PAGE 1 – ORDER OF DISMISSAL